UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Grow Biz International, Inc., a Minnesota Corporation,

Plaintiff,

v.

Ghaison Serafin, an individual,

Defendant.

Civil File No. 01-1744 MJD/JGL

**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT**

WHEREAS, Plaintiff Grow Biz International, Inc. ("Grow Biz") initiated this lawsuit seeking injunctive relief, damages and costs, including attorneys' fees based on Defendant Ghaison Serafin's improper and unauthorized use of Plaintiff's trademarks and Defendant's violation of the non-compete provision in his franchise agreement;

WHEREAS, Defendant Ghaison Serafin has agreed to discontinue using Plaintiff's trademarks, trade name, logos and commercial symbols and has agreed to discontinue representing to the public in any way that he is associated with Grow Biz and/or PLAY IT AGAIN SPORTS;

WHEREAS, Defendant Ghaison Serafin has agreed to fully comply with all post-termination obligations set forth in his agreements with Plaintiff, including all non-compete obligations;

WHEREAS, in exchange for this Stipulation and Entry of Judgment, Grow Biz has agreed to forego the right to recover damages and costs, including reasonable attorneys' fees pertaining to the initiation of this lawsuit, however, nothing shall prevent Grow Biz from pursing damages and costs, including reasonable attorneys' fees for any violation of this Order;

FILED NOV 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

In light of the foregoing, Plaintiff Grow Biz International, Inc. and Defendant Ghaison Serafin hereby stipulate and agree to the entry of a judgment ordering by way of a stipulated injunction the following as permanent relief:

1. By or before November 5, 2001, Defendant Ghaison Serafin shall: (i) remove, at his own expense, from both outside and within the premises at 7300 South Kellogg, Suite 180, Wichita, Kansas 67207 all signage, posters or materials of whatsoever kind displaying, depicting or using the PLAY IT AGAIN SPORTS® mark or any other mark of Grow Biz or identifying the premises as a PLAY IT AGAIN SPORTS® store; (ii) return to Grow Biz by first-class, pre-paid United States mail the operations manual and any other manuals, advertising materials, and all other printed materials pertaining to the operation of the PLAY IT AGAIN SPORTS® store; (iii) assign to Grow Biz the telephone number for the PLAY IT AGAIN SPORTS® store which Defendant has operated at 7300 South Kellogg, Suite 180, Wichita, Kansas 67207; (iv) deactivate the DRS point-of-sale software used in connection with the store and provide Grow Biz access to confirm that he is no longer using the software; and (v) return to Grow Biz or destroy all disks and printed material related to the DRS software;

2. Subsequent to November 5, 2001, Defendant Ghaison Serafin is prohibited from:

   a. using or displaying trademarks or service marks of Grow Biz, or any other logos, symbols or trade dress of Grow Biz, or any confusingly similar trademarks, service marks, logos, symbols or trade dress in connection with the advertising, distribution, display or sale or any product or service;

   b. making in any manner whatsoever any statement or representation, or performing any act, likely to lead members of the public to believe that Defendant's business is in any manner, directly or indirectly, associated, affiliated, or connected with, or licensed, sponsored, authorized or approved by Grow Biz;

   c. for a one (1) period following the date hereof, directly or indirectly, engaging in any sporting goods business at 7300 South Kellogg, Suite 180, Wichita, Kansas 67207 or within a six-mile radius of that location or any other PLAY IT AGAIN SPORTS® franchise; and

   d. violating or breaching any aspect of the post-termination obligations contained in the Franchise Agreement between Serafin and Grow Biz; and

3. Each party shall be responsible for its own costs and expenses, including reasonable attorneys' fees in connection with this action.

Dated: 10-29-01, 2001

**GHAISON SERAFIN**

Dated: November 6, 2001

**BRIGGS AND MORGAN, P.A.**

By: ______________________
Jeffrey J. Keyes (#55505)
Jay W. Schlosser (#204353)
2400 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 334-8400
Fax: (612) 334-8650

***Attorneys For Plaintiff, Grow Biz International, Inc.***

LET JUDGMENT BE ENTERED ACCORDINGLY.

IT IS SO ORDERED.

Dated: Nov. 9, 2001

BY THE COURT

______________________
Honorable Michael J. Davis
United States District Court Judge