# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Grow Biz International, Inc. a Minnesota corporation

v.

Ghaison Serafin, an individual

Case No. Civil 01-1744 MJD/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that a permanent injunction with certain conditions and prohibitions. Each party shall be responsible for its own costs and expenses, including reasonable attorneys' fees in connection with this action.

DATE: November 13, 2001

RICHARD D. SLETTEN, CLERK

E Knoblauch

E. Knoblauch, Deputy Clerk

(6)